**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 30, 2021

Mr. R. Trent McCotter
Boyden Gray & Associates
801 17th Street, N.W., Suite 350
Washington, DC 20006

Mr. Richard Welch
F.C.C., Office of General Counsel
45 L Street, N.E., 8th Floor
Washington, DC 20554

Re: Case No. 21-3886*, Consumers' Research, et al v. FCC, et al*
Originating Case No. : DA21-1134

Dear Counsel,

This case has been docketed as number **21-3886** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following forms should be downloaded from the web site and filed with the Clerk's office by **October 14, 2021**. If payment did not accompany the petition for review, the $500 filing fee should also be paid by this date.

| | |
|---|---|
| Petitioner: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Respondent: | Appearance of Counsel |

More specific instructions are printed on each form. These deadlines are important - if the initial forms are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7069

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 21-3886**

CONSUMERS' RESEARCH; CAUSE BASED COMMERCE, INCORPORATED; JOSEPH BAYLY; JEREMY ROTH; DEANNA ROTH; LYNN GIBBS; PAUL GIBBS

Petitioners

v.

FEDERAL COMMUNICATIONS COMMISSION; MERRICK B. GARLAND, U.S. Attorney General

Respondents