# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| Consumers Research, et al., | ) |
|                Petitioners, | ) |
| | ) |
|     v. | ) |
| | )   No. 21-3886 |
| Federal Communications Commission and United States of America, | ) |
|                Respondents. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned counsel, Stephanie Weiner, withdraws her appearance for Intervenor Schools, Health & Libraries Broadband Coalition in these consolidated cases. Jason Neal of HWG LLP continues to represent Intervenor Schools, Health & Libraries Broadband Coalition in this matter.

Dated: September 9, 2022                             Respectfully Submitted,

                                                        /s/ Stephanie Weiner
                                                        Stephanie Weiner
                                                        HWG LLP
                                                        1919 M St., NW, 8th Floor
                                                        Washington, DC  20036
                                                        (202) 730-1300
                                                        sweiner@hwglaw.com

## CERTIFICATE OF SERVICE

I certify that on this 9th day of September, 2022, the foregoing document was filed via CM/ECF. Service was accomplished on all parties or their counsel of record via CM/ECF.

/s/ Stephanie Weiner
Stephanie Weiner
