

Federal Communications Commission
Washington, D.C. 20554

March 6, 2023

**BY ELECTRONIC FILING**

Deborah S. Hunt, Clerk
United States Court of Appeals
 for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH  45202-3988

> RE:   *Consumers' Research et al. v. FCC et al.*, No. 21-3886
>        (oral argument scheduled for March 17, 2023)

Dear Ms. Hunt:

Pursuant to FRAP Rule 28(j), I submit this Court's recent decision in *State of Oklahoma v. United States*, 6th Cir. No. 22-5487 (decided March 3, 2023) (copy attached).  In that case, petitioners claimed that a federal statute violated the nondelegation doctrine by authorizing a private corporation (the Horseracing Authority) to adopt rules regulating horseracing.  The Court held that the statute made no improper private delegation because the Horseracing Authority was "subordinate to a federal actor":  the Federal Trade Commission.  Slip op. at 9.  Specifically, the Court found that "the Horseracing Authority is 'subject to [the FTC's] pervasive surveillance and authority,'" and that "the Authority 'operate[s] as an aid to the [FTC],' nothing more."  *Id.* at 12 (quoting *Sunshine Anthracite Coal Co. v. Adkins*, 310 U.S. 381, 388 (1940)); *see also id.* at 21 (Cole, J., concurring) (the statute "is constitutional under the private nondelegation doctrine" because "the private entity is subordinate to the federal agency").

Like the Horseracing Authority, the Universal Service Administrative Company (USAC) is subordinate to a federal agency.  As we explained in our brief at pages 56-62, the FCC exercises extensive oversight over USAC.  The Commission has "the final say over implementation of" section 254 of the Communications Act.  *Oklahoma*, slip op. at 3.  USAC neither "creates … law" nor "retains full discretion over any regulations."  *Id*. at 8.  To the contrary, USAC (unlike the Horseracing Authority) has no rulemaking or policy-making authority.

USAC simply "'operate[s] as an aid to the [FCC],' nothing more."  *Id*. at 12 (quoting *Adkins*, 310 U.S. at 388).  Therefore, petitioners have no basis for claiming that the FCC improperly delegated regulatory power to USAC.

Respectfully submitted,


/s/James M. Carr

James M. Carr
Counsel

cc:  Counsel for all parties (via ECF)