**636 - 6th Floor East Courtroom, 9:00 A.M.**    **Friday, March 17, 2023**

**Moore, Clay, Stranch**

**21-3886    Consumers' Research, et al. v. Federal Communications Commission, et al.**

Consumers' Research, et al.    ret   R. Trent McCotter
*4 Minutes Rebuttal*

**Petitioners**

V.

Federal Communications Commission, et al.    gvt   James M. Carr

**Respondents**

*Karen Fultz, Courtroom Deputy*

Petitioners seek review of the FCC's approval of the Proposed Fourth Quarter 2021 Universal Service Contribution Factor.   (15 Minutes Per Side)