**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 07, 2023

Mr. James M. Carr

Mr. R. Trent McCotter

Mr. Gerard Sinzdak

        Re:  Case No. 21-3886, *Consumers' Research, et al v. FCC, et al*
              Originating Case No. DA21-1134

Dear Counsel:

Enclosed is a copy of the mandate filed in this case.

                      Sincerely yours,

                      s/Patricia J. Elder, Senior Case Manager
                        for Leon Korotko, Case Manager

cc: Mr. Corbin Barthold
     Mr. Jeffrey Steven Beelaert
     Mr. Craig Edward Gilmore
     Mr. Eric P. Gotting
     Mr. Matthew Samuel Hellman
     Mr. Albert H. Kramer
     Mr. Jacob M. Lewis
     Mr. Jason Neal
     Mr. Andrew Jay Schwartzman
     Ms. Jennifer Tatel

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

———————

No: 21-3886

———————

Filed: June 07, 2023

CONSUMERS' RESEARCH; CAUSE BASED COMMERCE, INC.; JOSEPH BAYLY; JEREMY ROTH; DEANNA ROTH; LYNN GIBBS; PAUL GIBBS

    Petitioners

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

    Respondents

## MANDATE

Pursuant to the court's disposition that was filed 05/04/2023 the mandate for this case hereby issues today.

COSTS: None